In the Matter of the Application of Brooklyn Bar Association in Respect of Jacob H. Sielberman and Raymond Davis, Attorneys and Counselors at Law. — Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

Daniel Magaliff, Appellant, v. New York Life Insurance Company, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 810.] The following questions are certified: (1) Is the first defense alleged in the answer sufficient in law? (2) Is the second defense alleged in the answer sufficient in law? Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Joseph R. Mayer, Jr., an Infant under the Age of Fourteen Years, by Joseph R. Mayer, His Guardian ad Litem, Respondent, v. Brooklyn Savings Bank, Defendant, and Earl Daffer, Appellant.— Motion to modify order dated March 20, 1936, granted. [See ante, p. 803.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Settle order on notice.

Fannie Miller, Appellant, v. German Liederkranz of Brooklyn, Inc., Also Known as Deutscher Liederkranz of Brooklyn, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Philip J. Miller, Respondent, v. Abraham J. Weinstein and 320 Washington Street Corporation, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Walter Morris, Appellant, v. Carder Realty Corporation, Respondent.— Motion to direct defendant to accept plaintiff's notice of appeal to the Appellate Division from a determination of the Appellate Term which reversed a judgment of the Municipal Court of the City of New York, Borough of Queens, in favor of the plaintiff, and for other relief. The notice of appeal was served too late, not having been served until the expiration of thirty days from the time leave to appeal was granted by this court. (6 Carmody N. Y. Prac. §§ 1026 and 105; Civ. Prac. Act, §§ 612 and 625; Corporation of Scholes v. Ficke Warehouses, Inc., 204 App. Div. 329; Woodmere Cedarhurst Corporation v. National City Bank of New York, 247 id. 173.) The motion is denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The Mount Vernon Trust Company, Respondent, v. Herbert M. Delanoie, Defendant, and " Charles " H. Peddrick, Jr., etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Alfred Pollak, Appellant, v. Long Island Lighting Company, East Hampton Electric Light Company, Ellis L. Phillips and Others, Respondents.— Motion of certain defendants to amend order of this court dated December 20, 1935, denied, with ten dollars costs. Motion of plaintiff to resettle order of this court dated December 20, 1935, and for other relief, denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Fred W. Kammerer, Appellant.— Motion to dismiss appeal granted and appeal dismissed. (People v. Oliver, 214 App. Div. 804.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.